IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA MEDLIN | : |
|     Plaintiff, | : CIVIL ACTION |
| | : NO. 16-5708 |
| v. | : |
| AMERICAN AIRLINES | : |
|     Defendant. | : |

**O R D E R**

**AND NOW** this **27th** day of **August, 2018,** upon consideration of Defendant American Airlines' motion for summary judgment (ECF No. 20), and the responses and reply thereto (ECF No. 24, 25, & 29), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**